**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN MAHONEY,<br><br>                    Plaintiff,<br><br>        v.<br><br>GERTRUDE HAWK CHOCOLATES, INC.<br>                    Defendant. | Docket No: 2:20-cv-03227-JD<br>**<u>NOTICE OF SETTLEMENT</u>** |

Now comes the Plaintiff JOHN MAHONEY by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:    November 11, 2020

                                        Respectfully submitted,
                                        <u>/s/ *David S. Glanzberg*</u>
                                        David S. Glanzberg, Esq.