UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br>-against-<br><br>GERTRUDE HAWK CHOCOLATES, INC.<br><br>          Defendant. | Case No. 2:20-CV-03227-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
        December 15, 2020

                                      Respectfully submitted,

                                      /s/ David S. Glanzberg
                                      Glanzberg Tobia Law, P.C.
                                      *Attorneys for Plaintiff*